United States District Court
Southern District of Texas
**ENTERED**
July 10, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jose Max Tzaj, § § Plaintiff, § V § Dong Jing International, Inc., et al, § § Defendant § | CIVIL ACTION: H-20-192 |

### O R D E R

IT IS HEREBY

ORDERED that the above captioned case is STAYED and administratively closed pending the Suggestion of Bankruptcy. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

SIGNED at Houston, Texas, on this the ___7___ day of July, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE